**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **YOANGEL JAVERQUI FLEITES GOMEZ,** | § § § § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § | **CASE NO. 6:26-CV-291-ADA-DNM** |
| **MARKWAYNE MULLIN in his official capacity as Secretary of the Department of Homeland Security, TODD M. LYONS in his official capacity as Acting Director of United States Immigration and Customs Enforcement (ICE), PAUL A. MCBRIDE in his official capacity as Director of the ICE Enforcement and Removal Operations Houston Field Office, DEVERY MOONEYHAM in his official capacity as Warden of Limestone County Detention Center, and DAREN K. MARGOLIN in his official capacity as Director of the Executive Office for Immigration Review,** | § § § § § § § § § § § § § § § § § § | |
| **Respondents.** | § § | |

## ORDER FOR SERVICE

Petitioner Yoangel Javerqui Fleites Gomez challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. Dkt. No. 1. His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Fleites Gomez seeks. 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

The Court further **ORDERES** that the Respondents shall show cause within three (3) days of the entry of this Order. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days following the date of service to respond, as Section 2243 provides.

**SIGNED** this 8th day of May, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE